THE SCHOOL DISTRICT OF PHILADELPHIA
PHILADELPHIA, PA
PAY STATEMENT

Check Number: 017533484
Employee ID: ~~00000 54~~
Organization: 6310
Check Date: 02/09/2018

DENISE K HENDERSON
1920 E ONTARIO ST
PHILADELPHIA PA  19134-2006

| EMPLOYEE NAME | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|
| DENISE K HENDERSON | | 40 | 02/02/2018 | 02/09/2018 | 1,920.05 |
| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| WC6D 10-29 | 631 | 6310 | 2,645.07 | 3,162.07 | 3,162.07 | 4,541.32 |
| CHECK NO | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
| 017533484 | 201.52 | 347.18 | 347.18 | 1,462.13 | 1,462.13 | | 1,159.56 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 0.00 | FEDERAL TAX | | 106.95 |
| RESERVE P/O | | | 22.08 | FICA | 21.52 | 188.01 |
| WAGE CON | 21.33 | 67.50 | 1,440.05 | FICA MED | 5.03 | 43.97 |
| | | | | MED BENE | 23.07 | 69.21 |
| | | | | STATE TAX | 10.65 | 93.08 |
| | | | | CITY TAX RES | 1.18 | 104.81 |
| | | | | RETIREMENT | 145.66 | 387.40 |
| | | | | WAGE CON | 60.48 | 181.44 |
| | | | | PFT DUES | 14.62 | 45.41 |
| | | | | UNEMPL TAX | 0.23 | 1.88 |
| | | | | SLRY MED DED | 20.13 | 60.39 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 25.21 | 25.21 | 0.00 | LEGAL FRINGE | 8.25 | 24.75 |
| PL PREP | | | 0.00 | | | |
| EXCESS PL | | | 0.00 | | | |
| FROZEN PL | 3.29 | | 3.29 | | | |
| PERS ILL | 100.00 | 100.00 | 0.00 | | | |

RETAIN THIS STUB FOR YOUR RECORDS. ALL PI, PL & VAC. TOTALS ARE SUBJECT TO POST AUDIT.

THE SCHOOL DISTRICT OF PHILADELPHIA
PHILADELPHIA, PA
PAY STATEMENT

Check Number: 017495995
Employee ID: ~~00000-54633~~
Organization: 6310
Check Date: 01/12/2018

DENISE K HENDERSON
1920 E ONTARIO ST
PHILADELPHIA PA  19134-2006

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|---|
| DENISE K HENDERSON | | 40 | ~~00000-54633~~ | 01/05/2018 | 01/12/2018 | 1,920.05 |
| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| WC6D 10-29 | 631 | 6310 | 1,429.11 | 1,591.02 | 1,591.02 | 1,582.77 |
| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
| 017495995 | 1,429.11 | 1,547.82 | 1,547.82 | 1,582.77 | 1,582.77 | | 1,033.93 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 1,920.05 | FEDERAL TAX | 81.86 | 81.86 |
| RESERVE ACCR | | | -337.28 | FICA | 95.96 | 95.96 |
| | | | | FICA MED | 22.44 | 22.44 |
| | | | | MED BENE | 23.07 | 23.07 |
| | | | | STATE TAX | 47.51 | 47.51 |
| | | | | CITY TAX RES | 61.90 | 61.90 |
| | | | | RETIREMENT | 118.71 | 118.71 |
| | | | | WAGE CON | 60.48 | 60.48 |
| | | | | PFT DUES | 15.83 | 15.83 |
| | | | | UNEMPL TAX | 0.95 | 0.95 |
| | | | | SLRY MED DED | 20.13 | 20.13 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 25.21 | 25.21 | 0.00 | LEGAL FRINGE | 8.25 | 8.25 |
| PL PREP | | | 0.00 | | | |
| EXCESS PL | | | 0.00 | | | |
| FROZEN PL | 3.29 | | 3.29 | | | |
| PERS ILL | 100.00 | 99.00 | 1.00 | | | |

# THE SCHOOL DISTRICT OF PHILADELPHIA
## PHILADELPHIA, PA
### PAY STATEMENT

Check Number: 017477240
Employee ID: [redacted]
Organization: 6310
Check Date: 12/29/2017

DENISE K HENDERSON
1920 E ONTARIO ST
PHILADELPHIA PA  19134-2006

| EMPLOYEE NAME | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|
| DENISE K HENDERSON | 40 | [redacted] | 12/22/2017 | 12/29/2017 | 1,920.05 |
| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| WC6D 10-29 | 631 | 6310 | 34,902.22 | 38,002.21 | 38,002.21 | 37,857.85 |
| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
| 017477240 | 1,429.11 | 1,547.82 | 1,547.82 | 1,582.77 | 1,582.77 | | 1,033.76 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 1,344.05 | FEDERAL TAX | 81.86 | 1,952.00 |
| RESERVE ACCR | | | -145.28 | FICA | 95.96 | 2,341.31 |
| PERSONAL ILL | | 2.00 | 384.00 | FICA MED | 22.45 | 547.57 |
| NO AVAIL LV | | -1.00 | 0.00 | MED BENE | 23.07 | 138.42 |
| | | | | STATE TAX | 47.51 | 1,159.19 |
| | | | | CITY TAX RES | 61.90 | 1,478.87 |
| | | | | RETIREMENT | 118.71 | 2,840.79 |
| | | | | WAGE CON | 60.48 | 1,157.14 |
| | | | | PFT DUES | 15.83 | 378.55 |
| | | | | UNEMPL TAX | 1.11 | 26.48 |
| | | | | SLRY MED DED | 20.13 | 120.78 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 25.21 | 25.21 | 0.00 | LEGAL FRINGE | 8.25 | 173.25 |
| PL PREP | | | 0.00 | | | |
| EXCESS PL | | | 0.00 | | | |
| FROZEN PL | 3.29 | | 3.29 | | | |
| PERS ILL | 100.00 | 99.00 | 1.00 | | | |

# THE SCHOOL DISTRICT OF PHILADELPHIA
## PHILADELPHIA, PA
### PAY STATEMENT

Check Number:     017458418
Employee ID:      [redacted]
Organization:     6310
Check Date:       12/15/2017

DENISE K HENDERSON
1920 E ONTARIO ST
PHILADELPHIA PA  19134-2006

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|---|
| DENISE K HENDERSON | | 40 | [redacted] | 12/08/2017 | 12/15/2017 | 1,920.05 |
| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| WC6D 10-29 | 631 | 6310 | 33,473.11 | 36,411.19 | 36,411.19 | 36,275.08 |
| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
| 017458418 | 1,439.56 | 1,559.11 | 1,559.11 | 1,594.06 | 1,594.06 | | 1,037.92 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 1,344.05 | FEDERAL TAX | 83.43 | 1,870.14 |
| RESERVE ACCR | | | -229.99 | FICA | 96.66 | 2,245.35 |
| PERSONAL LV | | 2.00 | 384.00 | FICA MED | 22.60 | 525.12 |
| ILL FAM-PAY | | 1.00 | 96.00 | LIFE INS | 2.96 | 35.52 |
| | | | | MED BENE | 23.07 | 115.35 |
| | | | | STATE TAX | 47.86 | 1,111.68 |
| | | | | CITY TAX RES | 62.34 | 1,416.97 |
| | | | | RETIREMENT | 119.55 | 2,722.08 |
| | | | | WAGE CON | 60.48 | 1,096.66 |
| | | | | PFT DUES | 15.94 | 362.72 |
| | | | | UNEMPL TAX | 1.12 | 25.37 |
| | | | | SLRY MED DED | 20.13 | 100.65 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 25.21 | 25.21 | 0.00 | LEGAL FRINGE | 8.25 | 165.00 |
| PL PREP | | | 0.00 | | | |
| EXCESS PL | | | 0.00 | | | |
| FROZEN PL | 3.29 | | 3.29 | | | |
| PERS ILL | 100.00 | 97.00 | 3.00 | | | |

# THE SCHOOL DISTRICT OF PHILADELPHIA
## PHILADELPHIA, PA
### PAY STATEMENT

Check Number:  017439803
Employee ID:   █████-█████
Organization:  6310
Check Date:    12/01/2017

DENISE K HENDERSON
1920 E ONTARIO ST
PHILADELPHIA PA  19134-2006

| EMPLOYEE NAME | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|---|
| DENISE K HENDERSON | | 40 | █████-█████ | 11/24/2017 | 12/01/2017 | 1,920.05 |

| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
|---|---|---|---|---|---|---|
| WC6D 10-29 | 631 | 6310 | 32,033.55 | 34,808.88 | 34,808.88 | 34,681.02 |

| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
|---|---|---|---|---|---|---|---|
| 017439803 | 1,444.49 | 1,564.45 | 1,564.45 | 1,599.40 | 1,599.40 | | 1,044.23 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 1,920.05 | FEDERAL TAX | 84.17 | 1,786.71 |
| RESERVE ACCR | | | -320.65 | FICA | 97.00 | 2,148.69 |
| | | | | FICA MED | 22.69 | 502.52 |
| | | | | MED BENE | 23.07 | 92.28 |
| | | | | STATE TAX | 48.02 | 1,063.82 |
| | | | | CITY TAX RES | 62.54 | 1,354.63 |
| | | | | RETIREMENT | 119.96 | 2,602.53 |
| | | | | WAGE CON | 60.48 | 1,036.18 |
| | | | | PFT DUES | 15.99 | 346.78 |
| | | | | UNEMPL TAX | 1.12 | 24.25 |
| | | | | SLRY MED DED | 20.13 | 80.52 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 25.21 | 23.21 | 2.00 | LEGAL FRINGE | 8.25 | 156.75 |
| PL PREP | | | 0.00 | | | |
| EXCESS PL | | | 0.00 | | | |
| FROZEN PL | 3.29 | | 3.29 | | | |
| PERS ILL | 100.00 | 97.00 | 3.00 | | | |

THE SCHOOL DISTRICT OF PHILADELPHIA
PHILADELPHIA, PA
PAY STATEMENT

Check Number:    017421182
Employee ID:     ███████████
Organization:    6310
Check Date:      11/17/2017

DENISE K HENDERSON
1920 E ONTARIO ST
PHILADELPHIA PA  19134-2006

| EMPLOYEE NAME | | | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|---|---|
| DENISE K HENDERSON | | | 40 | ███████ | 11/10/2017 | 11/17/2017 | 1,920.05 |
| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| WC6D 10-29 | 631 | 6310 | 30,589.06 | 33,201.23 | | 33,201.23 | 33,081.62 |
| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
| 017421182 | 1,444.49 | 1,564.45 | 1,564.45 | 1,599.40 | 1,599.40 | | 1,041.28 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 1,632.28 | FEDERAL TAX | 84.17 | 1,702.54 |
| RESERVE ACCR | | | -176.76 | FICA | 97.00 | 2,051.69 |
| ILL FAM-PAY | | 1.50 | 143.88 | FICA MED | 22.68 | 479.83 |
| | | | | LIFE INS | 2.96 | 32.56 |
| | | | | MED BENE | 23.07 | 69.21 |
| | | | | STATE TAX | 48.02 | 1,015.80 |
| | | | | CITY TAX RES | 62.54 | 1,292.09 |
| | | | | RETIREMENT | 119.96 | 2,482.57 |
| | | | | WAGE CON | 60.48 | 975.70 |
| | | | | PFT DUES | 15.99 | 330.79 |
| | | | | UNEMPL TAX | 1.12 | 23.13 |
| | | | | SLRY MED DED | 20.13 | 60.39 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 25.21 | 23.21 | 2.00 | LEGAL FRINGE | 8.25 | 148.50 |
| PL PREP | | | 0.00 | | | |
| EXCESS PL | | | 0.00 | | | |
| FROZEN PL | 3.29 | | 3.29 | | | |
| PERS ILL | 100.00 | 97.00 | 3.00 | | | |

THE SCHOOL DISTRICT OF PHILADELPHIA
PHILADELPHIA, PA
PAY STATEMENT

Check Number: 017402521
Employee ID: [redacted]
Organization: 6310
Check Date: 11/03/2017

DENISE K HENDERSON
1920 E ONTARIO ST
PHILADELPHIA PA  19134-2006

| EMPLOYEE NAME | | EMPLOYEE ID | PERIOD ENDING | CHECK DATE | BI-WEEKLY |
|---|---|---|---|---|---|
| DENISE K HENDERSON | 40 | [redacted] | 10/27/2017 | 11/03/2017 | 1,920.05 |
| H.I. PLAN | AGENCY | ORG. | YTD FEDERAL TAX EARNINGS | YTD FICA EARNINGS | YTD FICA MED EARNINGS | YTD GROSS WAGES |
| WC6D 10-29 | 631 | 6310 | 29,144.57 | 31,593.58 | 31,593.58 | 31,482.22 |
| CHECK NO. | FEDERAL TAX EARNINGS | FICA TAX EARNINGS | FICA MED EARNINGS | RETIREMENT EARNINGS | GROSS WAGES | NET PAY | DIRECT DEPOSIT |
| 017402521 | 1,451.15 | 1,571.64 | 1,571.64 | 1,606.59 | 1,606.59 | | 1,048.76 |

| PAY CATEGORY | RATE | UNITS | AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| BASE | | | 1,728.05 | FEDERAL TAX | 85.17 | 1,618.37 |
| RESERVE ACCR | | | -313.46 | FICA | 97.44 | 1,954.69 |
| PERSONAL LV | | 1.00 | 192.00 | FICA MED | 22.79 | 457.15 |
| | | | | MED BENE | 23.07 | 46.14 |
| | | | | STATE TAX | 48.24 | 967.78 |
| | | | | CITY TAX RES | 62.82 | 1,229.55 |
| | | | | RETIREMENT | 120.49 | 2,362.61 |
| | | | | WAGE CON | 60.48 | 915.22 |
| | | | | PFT DUES | 16.07 | 314.80 |
| | | | | UNEMPL TAX | 1.13 | 22.01 |
| | | | | SLRY MED DED | 20.13 | 40.26 |

| TYPE OF LEAVE | ACCRUAL | USAGE | BALANCE | TAXABLE BENEFITS | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| PERSONAL LV | 25.21 | 23.21 | 2.00 | LEGAL FRINGE | 8.25 | 140.25 |
| PL PREP | | | 0.00 | | | |
| EXCESS PL | | | 0.00 | | | |
| FROZEN PL | 3.29 | | 3.29 | | | |
| PERS ILL | 100.00 | 97.00 | 3.00 | | | |