# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10135-AMC

DENISE KAREN HENDERSON

1920 EAST ONTARIO STREER

PHILADELPHIA, PA 19134

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DENISE KAREN HENDERSON

    1920 EAST ONTARIO STREER

    PHILADELPHIA, PA 19134

**Counsel for debtor(s), by electronic notice only.**
    ROBERT D STEINBERG
    WILLIG,WILLIAMS & DAVIDSON
    1845 WALNUT ST  24TH FLOOR
    PHILADELPHIA, PA 19103-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 3/9/2018

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee