United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 18-10135-amc
Denise Karen Henderson                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: jch                  Page 1 of 1              Date Rcvd: Apr 19, 2018
                               Form ID: 175               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2018.
db             +Denise Karen Henderson,   1920 East Ontario Street,   Philadelphia, PA 19134-2006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2018 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association as Trustee for
               Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
              ROBERT D. STEINBERG    on behalf of Debtor Denise Karen Henderson rsteinberg@wwdlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Denise Karen Henderson
    Debtor(s)

Case No: 18−10135−amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for failure to pay the third
installment of $77.50

will be held before the Honorable Ashely M. Chan, United States Bankruptcy Court

    on: 5/15/18

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: April 19, 2018

34
Form 175