# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10135-AMC

DENISE KAREN HENDERSON

1920 EAST ONTARIO STREET

PHILADELPHIA, PA 19134

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DENISE KAREN HENDERSON

1920 EAST ONTARIO STREET

PHILADELPHIA, PA 19134

Counsel for debtor(s), by electronic notice only.

    ROBERT D STEINBERG
    WILLIG,WILLIAMS & DAVIDSON
    1845 WALNUT ST  24TH FLOOR
    PHILADELPHIA, PA 19103-

Date: 11/15/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee