UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                               : Chapter 13
DENISE KAREN HENDERSON                          : Bankruptcy No. 18-10135-mdc
                                               :
      Debtor                                   :
                                               :

### CERTIFICATION OF SERVICE AND OF NO RESPONSE TO DEBTOR'S MOTION TO FILE MODIFIED PLAN POST CONFIRMATION

Robert D. Steinberg, Esq., Counsel for the Debtor hereby certifies that a copy of the Motion To File Modified Plan Post Confirmation with the Notice of Hearing, was served on all interested parties; that 15 days has elapsed since service was made and that no Answer, Objection, or other responsive pleading has been filed. Movant therefore requests that the Order granting the relief requested be entered.

Date   11/11/20

/s/ Robert D. Steinberg
ROBERT D. STEINBERG, ESQUIRE
Attorney for Debtor