UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
:
: Chapter 13
DENISE KAREN HENDERSON            : Bankruptcy No.  18-10135-mdc
:
Debtor                            :

## CERTIFICATE OF SERVICE

I, Robert D. Steinberg, Esquire, counsel for Debtors hereby certifies that a Copy of the 3rd Amended Chapter 13 Plan was served on November 11, 2020 by regular mail to the following:

William C. Miller, Esquire
Chapter 13 Standing Trustee
PO Box 1229
Philadelphia, PA  19105

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENN
211 North Front Street
Harrisburg, PA 17101

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921

CACH, LLC its successors and assigns as assignee
of General Electric Capital Corporation
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

CINGULAR
Williamson and Brown, LLC
4691 Clifton Pkwy
Hamburg, NY 14075

City of Philadelphia
Law Department Tax Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

US Department of Education
PO Box 16448
St. Paul, MN 55116-0448

Dated: 11-11-20                              /s/ Robert D. Steinberg
                                             **ROBERT D. STEINBERG, ESQUIRE**
                                             Willig, Williams & Davidson
                                             1845 Walnut Street, 24th Floor
                                             Philadelphia, PA  19103
                                             215-814-9225