# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                :

                                                      :       Chapter 13

DENISE KAREN HENDERSON                                :       Bankruptcy No.   18-10135-mdc

                                                      :

Debtor                                                :

                                                              Hearing: 11/19/20
                                                                       11:00 AM
                                                                       Bankruptcy Court
                                                                       Courtroom 2
                                                                       900 Market Street
                                                                       Philadelphia, PA 19107

## ORDER

AND NOW, this    1st    day of    December    , 2020, upon consideration of the

Debtors' Motion To File an Amended Plan Post Confirmation it is hereby:

ORDERED that said Motion is GRANTED and Debtor's Third Amended Plan is

approved by the Court.

_____

MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge