UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Chapter 13
DENISE KAREN HENDERSON : Bankruptcy No. 18-10135-amc
:
Debtor :

Hearing: 5/30/24
9:30 AM
Bankruptcy Court
Courtroom 4
900 Market Street
Philadelphia, PA 19107

## AMENDED
## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

The Debtor has filed a Motion To Abate Plan Payments and File an Amended Plan Post Confirmation in debtors Chapter 13 case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **April 30, 2024,** you or your attorney must do all of the following:

    (a)    file an answer explaining your position at

United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and(b) mail a copy to the movant's attorney:

>Robert D. Steinberg, Esq.
>Willig, Williams & Davidson
>1845 Walnut Street, 24th Floor
>Philadelphia, PA 19103
>phone: 215-814-9225
>fax: 215-567-2310

2. If you or your attorney do not take steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashley M. Chan on **May 30, 2024 at 9:30 AM in Courtroom 4**, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 4/17/24

/s/Robert D. Steinberg
ROBERT D. STEINBERG, ESQ
Counsel for the Debtor(s)