UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

DENISE KAREN HENDERSON

Debtor

Chapter 13
Bankruptcy No.   18-10135-amc

Hearing: 5/21/24
10:00 AM
Bankruptcy Court
Courtroom 4
900 Market Street
Philadelphia, PA 19107

### ORDER

AND NOW, this 30th day of May, 2024, upon consideration of the Debtors' Motion To Abate Plan payments and file an Amended Plan Post Confirmation it is hereby:

ORDERED that said Motion is GRANTED and Debtor's Fourth Amended Plan is approved by the Court.

_____
HON. ASHELY M.CHAN
Bankruptcy Judge