| | |
|---|---|
| WILLIG, WILLIAMS & DAVIDSON<br>**BY: ROBERT D. STEINBERG, ESQUIRE**<br>Identification No. 34818<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA 19103<br>(215) 814-9225 | **Attorney for Debtor** |

### UNITED STATES BANKRUPTCY COURT
### IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| DENISE KAREN HENDERSON | : | Bankruptcy No.   18-10135-djb |
| | : | |
| Debtor | : | |

### CERTIFICATION OF NO RESPONSE TO
### DEBTOR'S MOTION TO FILE MODIFIED PLAN POST CONFIRMATION

Robert D. Steinberg, Esq., Counsel for the debtor hereby certifies that a copy of the Motion To Modify Plan Post Confirmation together with the Notice of Hearing, was served on all interested parties; that 14 days has elapsed since service was made and that no Answer, Objection, or other responsive pleading has been filed.  Movant therefore requests that the Order granting the relief requested be entered.

| | |
|---|---|
| | /s/ Robert D. Steinberg |
| Date   5/6/25 | ROBERT D. STEINBERG, ESQUIRE |
| | Attorney for Debtor |