WILLIG, WILLIAMS & DAVIDSON
**BY: ROBERT D. STEINBERG, ESQUIRE**     Attorney for Debtor
Identification No. 34818
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9225

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| | : | Chapter 13 |
| DENISE KAREN HENDERSON | : | Bankruptcy No.  18-10135-djb |
| | : | |
| Debtor | : | |

### AMENDED ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Debtors' Motion To file an Amended Plan Post Confirmation it is hereby:

ORDERED that said Motion is GRANTED and Debtor's Fifth Amended Plan (as revised) and docketed as Document #103 is approved by the Court.

BY THE COURT:

_____
HON.  DEREK J. BAKER
Bankruptcy Judge