WILLIG, WILLIAMS & DAVIDSON
**BY: ROBERT D. STEINBERG, ESQUIRE**         **Attorney for Debtor**
Identification No. 34818
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9225

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| DENISE KAREN HENDERSON | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 18-10135-djb |

### PRAECIPE TO WITHDRAW DEBTOR'S PRAECIPE TO WITHDRAW

To the Clerk of the Court:

Kindly mark Debtors Praecipe to Withdraw Motion to Amend Plan Post Confirmation filed July 30, 2025 as WITHDRAWN by Debtor.


7/31/25                                                             /s/ Robert D. Steinberg
DATE                                                                ROBERT D. STEINBERG, ESQ.