WILLIG, WILLIAMS & DAVIDSON
**BY: ROBERT D. STEINBERG, ESQUIRE**        **Attorney for Debtor**
Identification No. 34818
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9225

___

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| DENISE KAREN HENDERSON | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 18-10135-djb |

### PRAECIPE TO WITHDRAW MOTION

To the Clerk of the Court:

    Kindly mark Debtors Motion to Amend Plan Post Confirmation filed April 17, 2025, in the above captioned matter, as WITHDRAWN by Debtor.


8/13/25                                                                         /s/  Robert D. Steinberg
DATE                                                                             ROBERT D. STEINBERG, ESQ.