United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                         Case No. 18-10135-djb

Denise Karen Henderson                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 1 of 2

Date Rcvd: Aug 14, 2025　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Karen Henderson, 1920 East Ontario Street, Philadelphia, PA 19134-2006 |
| 14040387 | | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 14076849 | + | CINGULAR, Williamson and Brown,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 14040391 | + | Federal Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14040392 | + | PHFA Mortgage, 211 N. Front Street, Harrisburg, PA 17101-1466 |
| 14040393 | + | PORTFOLIO RECOVERY ASS0C, 120 CORPORATE BLVD, SUITE 1, Norfolk, VA 23502-4952 |
| 14069675 | + | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENN, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14044483 | + | U.S. Bank N.A., c/o Rebecca Solarz, Esq., KML Law Group P.C., 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 14040396 | + | US Bank, NA as Trustee for PHFA Mortgage, 211 N. Front Street, Harrisburg, PA 17101-1406 |
| 14040398 | | Verizon Wireless, PO Box 15032, Worcester, NY 10615 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 15 2025 00:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2025 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14071586 | + | Email/Text: g17768@att.com | Aug 15 2025 00:39:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14074606 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2025 00:44:59 | CACH, LLC its successors and assigns as assignee, of General Electric Capital Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14126836 | | Email/Text: megan.harper@phila.gov | Aug 15 2025 00:39:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14040388 | | Email/Text: megan.harper@phila.gov | Aug 15 2025 00:39:00 | City of Philadelphia, c/o Law Department, 1515 Arch Street, 14th Floor, Philadelphia, PA 19107 |
| 14040389 | | Email/Text: documentfiling@lciinc.com | Aug 15 2025 00:39:00 | Comcast Cable, PO Box 3006, Southeastern, PA 19398-3006 |
| 14040390 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 15 2025 00:39:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 14043611 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2025 00:45:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14038063 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2025 00:55:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14040394 | + | Email/Text: bankruptcy@sccompanies.com | Aug 15 2025 00:39:00 | Seventh Avenue, PO Box 2804, Monroe, WI |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 14040395 | + | Email/Text: bankruptcy@rmscollects.com | Aug 15 2025 00:39:00 | 53566-8004<br>Temple University, c/o RMS Recovery Management Services, PO Box 505, Linden, MI 48451-0505 |
| 14127481 | | Email/Text: EDBKNotices@ecmc.org | Aug 15 2025 00:39:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14040397 | + | Email/Text: edbknotices@ecmc.org | Aug 15 2025 00:39:00 | US Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202-0001 |
| 14040399 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2025 00:39:00 | World Financial Network Bank, P.O. Box 182124, Columbus, OH 43218-2124 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

**Name**      **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank National Association as Trustee for Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor U.S. Bank National Association as Trustee for Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

ROBERT D. STEINBERG
on behalf of Debtor Denise Karen Henderson rsteinberg@wwdlaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　DENISE KAREN HENDERSON<br><br>　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 18-10135-DJB |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Derek J. Baker
United States Bankruptcy Judge

**Date: August 14, 2025**